UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

In Re:   *JEFFREY MITCHELL*                                    Case No.:   *05-08832-8-JRL*
         *NATRICIA REDDING MITCHELL*

REPORT OF UNCLAIMED DIVIDEND

  The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

  1.  That the following checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have never been negotiated:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| *ALLTEL*<br>*5520 CAPITAL CENTER DR*<br>*RALEIGH, NC 27606* | $54.74 |

  2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

  WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 1347.

DATED:  June 2, 2010

/S/ RICHARD M. STEARNS
RICHARD M. STEARNS
Chapter 13 Trustee
Post Office Box 2218
Kinston, North Carolina 28502
Phone:  (252) 523-2295